

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| CITY OF EL PASO, TEXAS | § | No. 08-24-00144-CV |
|---|---|---|
| Appellant, | § | Appeal from the |
| v. | | 384th District Court |
| R.K., | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2019DCV4173) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We reverse the trial court's denial of the City's plea to the jurisdiction as to R.K.'s request for a declaration of his contract rights under his plea agreement, and we affirm the trial court's denial of the City's plea to the jurisdiction in all other respects. This decision shall be certified below for observance.

IT IS SO ORDERED this 18th day of July 2025.


LISA J. SOTO, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.
Palafox, J., dissents without opinion.